IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENZYME CORPORATION, | Civil Action No. 10-CV-00112 |
| Plaintiff, | |
| | HONORABLE ROBERT M. DOW, JR. |
| v. | |
| COBREK PHARMACEUTICALS, INC., | |
| Defendant. | |

## DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT

Defendants Pentech Pharmaceuticals, Inc. and Cobrek Pharmaceuticals, Inc., move this Court to enter a Final Judgment in the above-captioned matter as to U.S. Patent No. 5,602,116 ("the '116 patent"), and in support of this Motion, state as follows:

1. On March 22, 2012, this Court issued findings of fact and conclusions of law pursuant to Fed.R.Civ.P. 52(a) in Case No. 08-CV-1083, where the Court held claim 7 of the patent-in-suit, *i.e.*, the '116 patent, to be valid and enforceable.

2. Defendants desire to appeal the Court's decision upholding validity and enforceablility of the '116 patent.

3. To initiate the appeal process, Defendants must file a notice of appeal under Fed.R.App.P. 3(a). According to Rule 3(a), the notice of appeal must be filed "within the time allowed by Rule 4" of the Federal Rules of Appellate Procedure.

4. Under Fed.R.App.P. 4(a)(1)(A), the notice of appeal must be filed "within 30 days after the judgment or order appealed from is entered."

5. Although the Court has issued findings of fact and conclusions of law in Case No. 08-CV-1083, the Court has not yet entered final judgment. Were Defendants to file a notice of appeal prior to entry of final judgment, their notice would be "treated as filed on the date of and after the entry." Fed.R.App.P. 4(a)(2). In other words, the clock for the appeal process can only start upon entry of final judgment.

6. The '116 patent expires in 2014. Defendants are eager to begin the briefing schedule, *etc.*, en route to a decision by the Court of Appeals for the Federal Circuit.

7. Defendants are concurrently filing herewith a Motion for Entry of Judgment in Case No. 08-CV-1083.

8. On April 21, 2011, the Court in the above-captioned matter entered a Stipulation Concerning U.S. Patent No. 5,602,116 [Dkt. No. 91] that had been agreed to by the parties in the above-captioned matter. Paragraph (2) of that Stipulation states: "the parties respectfully request that when a decision concerning the validity and enforceability of the '116 patent is rendered in the First Action [*i.e.*, Case No. 08-CV-1083], the Court enter a final judgment under Fed.R.Civ.P. 54(b) concerning the '116 patent in the Second Action [*i.e.*, Case No. 10-CV-00112] that is consistent with the Court's decision in the First Action."

9. Since a decision concerning validity and enforceability of the '116 patent has been rendered in the "First Action", the Stipulation [Dkt. No. 91] calls for entry of final judgment in the above-captioned matter. Accordingly, for that reason as well as reasons set forth in ¶¶1-7, *supra*, Defendants respectfully request that a final judgment be entered in the above-captioned matter.

Dated: March 30, 2012

Respectfully submitted,

By     /s/ Robert W. Stevenson
    Robert S. Silver
    Bruce J. Chasan
    Mona Gupta
    Robert W. Stevenson, *Ill. Reg. No. 6195238*
    CAESAR, RIVISE, BERNSTEIN,
    COHEN & POKOTILOW, LTD.
    1635 Market Street, 11th Floor
    Philadelphia, PA 19103
    Telephone: (215) 567-2010
    Facsimile: (215) 741-1142
    *rssilver@crbcp.com*
    *bjchasan@crbcp.com*
    *mgupta@crbcp.com*
    *rwstevenson@crbcp.com*


    Robert B. Breisblatt
    Katten Muchin Rosenman LLP
    525 W. Monroe Street | Chicago, IL 60661
    Telephone: (312) 902-5480
    Facsimile: (312) 577-8792
    *Robert.Breisblatt@kattenlaw.com*

    *Attorneys for Defendant Cobrek*
    *Pharmaceuticals, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2012, a true and correct copy of **DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT** was filed electronically. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Oscar Alcantara, Esq.
>GOLDBERG KOHN ET AL.
>55 East Monroe, Suite 3300
>Chicago, IL  60603
>oscar.alcantara@goldbergkohn.com
>
>Scott K. Reed, Esq.
>Donald J. Curry, Esq.
>Filko Prugo, Esq.
>FITZPATRICK, CELLA, HARPER & SCINTO
>1290 Avenue of the Americas
>New York, NY  10104-3800
>sreed@fchs.com
>dcurry@fchs.com
>fprugo@fchs.com

>/s/ Robert W. Stevenson
>Robert W. Stevenson