**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GENZYME CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 10-cv-00112** |
| | ) | |
| **COBREK PHARMACEUTICALS, INC.,** | ) | **HONORABLE ROBERT M. DOW, JR.** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-entitled action by their undersigned attorneys, that;

(1) No Party admits liability;

(2) Each Party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims dismissed by this Order;

(3) The Complaint by Genzyme Corporation ("Genzyme") against Cobrek Pharmaceuticals, Inc. ("Cobrek") is to be dismissed without prejudice pursuant to an agreed Order to be submitted contemporaneously herewith; and

(4) The counterclaims by Cobrek against Genzyme are to be dismissed with prejudice pursuant to an agreed Order to be submitted contemporaneously herewith.

December 13, 2012                           Respectfully submitted,

| | |
|---|---|
| By____/s/ Filko Prugo_____<br><br>Filko Prugo, Esq.<br>Scott K. Reed, Esq.<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*fprugo@fchs.com*<br>*sreed@fchs.com*<br><br>Oscar Alcantara, Esq.<br>GOLDBERG KOHN ET AL.<br>55 East Monroe, Suite 3300<br>Chicago, IL  60603<br>*oscar.alcantara@goldbergkohn.com*<br><br>*Attorneys for Plaintiffs Bone Care International LLC and Genzyme Corporation* | By____/s/ Robert S. Silver_____<br><br>Robert S. Silver<br>Robert W. Stevenson, *Ill. Reg. No. 6195238*<br>CAESAR, RIVISE, BRENSTEIN, COHEN & POKOTILOW, LTD.<br>1635 Market Street, 11th Floor<br>Philadelphia, PA  19103<br>Telephone: (215) 567-2010<br>Facsimile: (215) 741-1142<br>*rssilver@crbcp.com*<br>*rwstevenson@crbcp.com*<br><br>Robert B. Breisblatt<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street | Chicago, IL 60661<br>Telephone: (312) 902-5480<br>Facsimile: (312) 577-8792<br>*Robert.Breisblatt@kattenlaw.com*<br><br>*Attorneys for Defendants Pentech Pharmaceuticals, Inc. and Cobrek Pharmaceuticals, Inc.* |

## CERTIFICATE OF SERVICE

I, Oscar L. Alcantara, hereby certify that on this 13th day of December, 2013, a true and correct copy of the foregoing document was filed electronically using the Court's ECF/electronic mailing system.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/  Oscar L. Alcantara