IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENZYME CORPORATION, ) | |
| ) | Civil Action No. 10-cv-112 |
| *Plaintiff*, ) | |
| ) | JUDGE ROBERT M. DOW, JR. |
| v. ) | |
| ) | |
| COBREK PHARMACEUTICALS, INC. ) | |
| ) | |
| *Defendant.* ) | |

### ORDER OF DISMISSAL

This cause, coming to be heard upon the Joint Stipulation of the parties, submitted contemporaneously herewith, the Court having been advised in the circumstances of the Stipulation, IT IS HEREBY ORDERED:

1. Each Party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims dismissed by this Order;

2. The Complaint by Genzyme Corporation ("Genzyme") against Cobrek Pharmaceuticals, Inc. ("Cobrek") is hereby dismissed without prejudice; and

3. The counterclaims by Cobrek against Genzyme are hereby dismissed with prejudice.

SO ORDERED

This 14th day of December 2012

ROBERT M. DOW, JR.
UNITED STATES DISTRICT JUDGE